```
 1  JOSEPH SCHLESINGER, CA Bar #87692
    Acting Federal Defender
 2  ANDRAS FARKAS, CA Bar #254302
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  SHENANDOAH J. HOBBS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. . 6:12-mj-00072 MJS |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| SHENANDOAH J. HOBBS, | ) | Date: March 5, 2013 |
| Defendant. | ) | Time: 10:00 A.M. |
|  | ) | Magistrate Judge: Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-referenced matter which is now set for February 12, 2013, **may be continued to March 5, 2013, at 10:00 A.M.**

This continuance is requested by counsel for the defendant. Mr. Hobbs is charged with driving on a suspended license. He anticipates receiving funds within the next two weeks which will allow him to pay his fines and obtain a California Driver's License. The requested continuance will allow defendant time to make the necessary arrangements to complete obtaining his license prior to the time set for hearing.

///

///

///

///

The requested continuance will conserve time and resources for both counsel and the court. The government does not object to this request.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 11, 2013           /s/ Susan St. Vincent
                                                SUSAN ST. VINCENT
                                                Acting Legal Officer
                                                National Park Service


                                                JOSEPH SCHLESINGER
                                                Acting Federal Defender

February 11, 2013                 /s/ Andras Farkas
                                                ANDRAS FARKAS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                SHENANDOAH J. HOBBS


## ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for February 12, 2013 and finding good cause therefore, HEREBY ORDERS AS FOLLOWS:

    The status conference in the above entitled matter (U.S. V. Hobbs,6:12mj72) shall be

    continued to March 5, 2013 at 10:00 a.m., at the Yosemite Court.


IT IS SO ORDERED.

Dated:   February 11, 2013             /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE